## SARAH L. VINE *vs.* GEORGE VINE.

PROVIDENCE—FEBRUARY 10, 1899.

PRESENT: Matteson, C. J., Stiness and Tillinghast, JJ.

(1) *Divorce. Jurisdiction of Incidental Matters. Allowance pendente lite. Remedy Thereon.*

The Appellate Division of the Supreme Court has exclusive jurisdiction in divorce, and of all incidental matters arising therein.

An action at law cannot be maintained for an allowance *pendente lite* in a petition for divorce. Such a decree, being interlocutory, and subject to change, cannot be the foundation of an action as upon a final judgment.

ASSUMPSIT for allowance made to plaintiff for her support during the pendency of a petition for divorce. Certified from the Common Pleas Division, and heard on demurrer to declaration.

(1)    PER CURIAM. By Gen. Laws R. I. cap. 222, § 4, cap. 195, § 14, exclusive jurisdiction in divorce and incidental matters arising therein is vested in the Appellate Division of this court. We are of the opinion, therefore, that no action can be maintained in any other court to recover an allowance made to a wife for her support during the pendency of the petition for divorce, but that recourse must be had to the remedies prescribed by the rule of this Division.

Moreover, a decree for an allowance *pendente lite* is an interlocutory decree, subject to revocation or modification at any time by the court which made it, and consequently cannot be the foundation of an action as upon a final judgment. 4 Wait's Actions and Defences, 187, § 5.

*Dennis J. Holland*, for plaintiff.

*Franklin P. Owen and John P. Beagan*, for defendant.